DANIEL G. BOGDEN
United States Attorney

ANDREW WEISSMANN
Chief, Fraud Section, Criminal Division
U.S. Department of Justice

NICHOLAS ACKER
Senior Trial Attorney
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Ave., NW, 4th Floor
Washington, DC 20005
Tel:  202-616-8802

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-cr-00027-APG-CWH |
| Plaintiff, | |
| vs. | **STIPULATION RE ADJOURNMENT OF SENTENCING HEARING** |
| JUSTIN T. BROUGH, | |
| Defendant. | |

    It is hereby stipulated and agreed by and between the United States of America (Andrew Weissmann, Chief, Fraud Section, Criminal Division, U.S. Department of Justice, by Nicholas Acker, Senior Trial Attorney) and defendant Justin T. Brough (Shari Kaufman, Assistant Federal Public Defender and Chief, Trial Unit, Office of the Federal Public Defender) that the sentencing of Mr. Brough, currently scheduled for May 28, 2015, be adjourned until June 24, 2015, at 9:30 a.m.

    This Stipulation is entered into for the following reasons:

    1.    The attorney for the government has a scheduling conflict.

    2.    An adjournment would also allow the Probation Office additional time to prepare

the Presentence Investigation Report.

                    DATED this 22nd day of April, 2015

                    Respectfully submitted,

                    DANIEL G. BOGDON
                    United States Attorney

                    ANDREW WEISSMANN
                    Chief, Fraud Section, Criminal Division
                    U.S. Department of Justice

                     /s/ Nicholas Acker
By:  NICHOLAS ACKER
       Senior Trial Attorney
       Fraud Section, Criminal Division
       U.S. Department of Justice
       1400 New York Ave., NW, 4th Floor
       Washington, DC 20005
       Tel:  202-616-8802
       Fax:  202-514-7021
       nicholas.acker@usdoj.gov


                     /s/ Shari Kaufman
                    SHARI KAUFMAN
                    Assistant Federal Public Defender and
                     Chief, Trial Unit
                    Law Offices of the Federal Public Defender
                    411 E. Bonneville Avenue, Suite 250
                    Las Vegas, Nevada 89101
                    Tel:  702-388-6577
                    Fax:  702-388-6261
                    Shari_Kaufman@fd.org
                    Attorney for Defendant JUSTIN T. BROUGH

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                           )<br>             Plaintiff,                        )<br>                                                           )<br>     vs.                                              )<br>                                                           )<br>JUSTIN T. BROUGH,                      )<br>                                                           )<br>             Defendant.                     ) | 2:15-cr-00027-APG-CWH<br><br>**STIPULATION RE ADJOURNMENT<br>OF SENTENCING HEARING** |

Upon the stipulation by and between the United States of America (Andrew Weissmann, Chief, Fraud Section, Criminal Division, U.S. Department of Justice, by Nicholas Acker, Senior Trial Attorney) and defendant Justin T. Brough (Shari Kaufman, Assistant Federal Public Defender and Chief, Trial Unit, Office of the Federal Public Defender), filed on April 22, 2015, that the sentencing of Mr. Brough, currently scheduled for May 28, 2015, be adjourned until June 24, 2015, at 9:30 a.m., and for good cause shown, it is hereby

ORDERED that the sentencing of defendant Justin T. Brough, currently scheduled for May 28, 2015, be adjourned until June 24, 2015, at 9:30 a.m.

_____
HON. ANDREW P. GORDON
United States District Judge

Dated: Las Vegas, Nevada
            April 27, 2015